UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRAD WARRINGTON,

    Plaintiff,

v.

Case No. 2:25-mc-9-JES-KCD

ROCKY PATEL PREMIUM
CIGARS, INC., RAKESH PATEL,

    Defendants,
_____/

## ORDER

Defendant Rockey Patel Premium Cigars, Inc. moves to compel non-party Jason Sharkey to produce documents under a subpoena. (Doc. 1.) In his response, Sharkey claims he searched for responsive documents but "did not locate" anything beyond what he already produced or identified on the privilege log. (Doc. 10 at 2.)

Compliance with a Rule 45 subpoena for the production of documents involves overlapping duties. One requirement entails the actual search for documents. A person subpoenaed is under an affirmative duty to seek that information reasonably available to him. This duty is discharged through the formulation and completion of a reasonable search conducted with due diligence. Put simply, "[a]n individual responding to a subpoena issued pursuant to Rule 45 has an obligation to conduct a reasonable search for

documents." *Top Jet Enters., Ltd. v. Kulowiec*, No. 21-MC-789 (RA) (KHP), 2022 WL 280459, at *5 (S.D.N.Y. Jan. 31, 2022).

The record here fails to establish what search (if any) Sharkey conducted for responsive materials. He simply proclaims that no further documents were found. (*See* Doc. 10 at 19.) The Court cannot decide on this record if Sharkey fulfilled his obligations under Rule 45. Accordingly, **by September 5, 2025, Sharkey must file an affidavit explaining the search he conducted for responsive materials**.

**ORDERED** in Fort Myers, Florida on August 26, 2025.

Kyle C. Dudek
United States Magistrate Judge